No. 98–8103.   DUNLAP *v.* PECO ENERGY CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 98–8105.   DOERR *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 98–8109.   LOWERY *v.* FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 98–8113.   BURCH *v.* MARYLAND.   Cir. Ct. Prince George's County, Md.   Certiorari denied.

No. 98–8124.   JONES *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 98–8128.   KEMP *v.* ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 98–8129.   MCCONICO *v.* HIGHTOWER, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 98–8130.   MUSCIO *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 98–8131.   MILLER *v.* RICHARDSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 98–8134.   REEVES *v.* MITCHEM, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 98–8138.   BRUMBAUGH-CHANLEY *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 98–8141.   BINSTOCK *v.* NEW JERSEY DIVISION OF MOTOR VEHICLES.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 98–8142.   WORDEN *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 98–8143.   TYLER *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 98–8146.   BROWNING *v.* MATUSINKA, JUDGE, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY-SOUTHWEST DISTRICT.   C. A. 9th Cir.   Certiorari denied.